JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| Tiffanie Dawn Johnson,<br>Plaintiff,<br>v.<br>Wal-Mart Associates, Inc., et al.,<br>Defendants. | Case No.<br>SACV 23-0363 JGB (JDEx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's Findings of Fact and Conclusions of Law entered substantially contemporaneously, and after considering all the evidence presented by the parties, the written submissions from both sides, and the argument of counsel, and good cause appearing, IT IS HEREBY ORDERED:

1. Partial judgment is entered in favor of Plaintiff and against Defendant.

Dated: August 14, 2026

THE HONORABLE JESUS G. BERNAL
United States District Judge